UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN DWAYNE HOLT,<br><br>          Plaintiff,<br><br>v.<br><br>CHRIS HOWERTON, *et al.*,<br><br>          Defendants. | Civil No. 04-CV-1910-L(WMC)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; GRANTING MOTION TO DISMISS WITH PREJUDICE [doc. #70] and DIRECTING ENTRY OF JUDGMENT** |

On September 22, 2004, plaintiff, appearing *pro se*, filed the above-captioned case. On February 16, 2007, defendants moved to dismiss the case with prejudice.[1] [doc. #70] Plaintiff opposed the motion and defendants filed a reply.

On July 9, 2007, the magistrate judge submitted a Report and Recommendation ("Report) to this Court pursuant to 28 U.S.C. § 636(b)(1), which recommended that defendants' motion to dismiss be denied with prejudice. [doc. #73] The parties where given until July 27, 2007, in which to file any objections to the Report. Neither party has done so and no party has requested an extension of time in which to file objections.

---

[1] On March 29, 2005, defendants filed a motion to dismiss the complaint [doc. #14] arguing that plaintiff had failed to exhaust all administrative remedies required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e prior to filing this action in the federal court. The Court denied that motion and required defendants to file an Answer to the Complaint, which they did. Plaintiff filed a First Amended Complaint to which the present motion to dismiss is directed.

The district court's role in reviewing a magistrate judge's report and recommendation is set forth in 28 U.S.C. § 636(b)(1).  Under this statute, the district court "shall make a *de novo* determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  *Id*.  Under this statute, "the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise."  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir.) (en banc), *cert. denied*, 124 S.Ct. 238 (2003).

In the Report, the magistrate judge recommended that the FAC be dismissed because plaintiff did not and cannot state a claim for violation of his due process rights under the Fourteenth or Eighth Amendments or for violation of the Equal Protection clause.  The Court concurs fully.

Based on the foregoing, **IT IS ORDERED** adopting the Report and Recommendation in its entirety.  **IT IS FURTHER ORDERED** granting with prejudice defendants' motion to dismiss [doc. #70].  **IT IS FURTHER ORDERED** directing the Clerk of the Court to enter judgment in accordance with this Order.

**IT IS SO ORDERED.**

DATED: August 17, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. WILLIAM McCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL